UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 15-62116-CIV-MORENO

CALVIN REID, and MAMIE REID, co-
Personal Representatives of the Estate of
CALVON ANDRE REID,

        Plaintiffs,

vs.

CITY OF COCONUT CREEK, SGT. DAVID
FREEMAN, SGT. DARREN KARP, OFC.
THOMAS EISENRING, and OFC. DANIEL
RUSH,

        Defendants.
_____/

## ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN CIVIL SUSPENSE FILE

THIS CAUSE came before the Court upon Joint Motion to Continue Pretrial and Trial Deadlines **(D.E. 14)**, filed on **November 9, 2015**.

Given the Plaintiff's current health, the Court finds it advisable to place the cause in civil suspense. Accordingly, it is

**ADJUDGED** that this case is STAYED, precluding discovery or filing of motions until Ms. Reid's health improves. It is also

**ADJUDGED** as follows:

I.    The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

II. The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

III. This order shall not prejudice the rights of the parties to this litigation.

IV. Plaintiff SHALL notify the Court by **February 10, 2016**, and every three months thereafter of the current status of the proceedings and when this action is ready to proceed.

V. All other pending motions are DENIED with leave to refile.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th of November 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record