UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| CALVIN REID and MAMIE REID,<br>co-Personal Representatives of the<br>ESTATE OF CALVON ANDRE REID,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF COCONUT CREEK,<br>SGT. DAVID FREEMAN,<br>SGT. DARREN KARP,<br>OFC. THOMAS EISENRING, and<br>OFC. DANIEL RUSH,<br><br>    Defendants. | Case Number:  15-62116-CIV-FAM |

## MEDIATOR'S INTERIM REPORT TO COURT

Please be advised that the above styled case was mediated on May 1, 2017, consistent with the Court's order. Resolution was not achieved at that time; however, the mediation remains open for further communications. While all the attorneys are continuing to proceed in preparation for trial, if necessary, I remain committed to serve all parties toward a negotiated resolution.

Please consider this as an interim report and I will file a Final Report upon conclusion of our efforts.

Respectfully submitted,

Rodney A. Max

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically furnished this 2nd day of May, 2017, to the following:

John Scarola, Esquire
Darryl L. Lewis, Esquire
Rosalyn Baker-Barnes, Esquire
David P. Vitale, Jr., Esquire
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409-6601
561-686-6300 / 561-684-5816
jsx@searcylaw.com
dll@searcylaw.com
rsb@searcylaw.com
dvitale@searcylaw.com

Onier Llopiz, Esquire
Joan Carlos Wizel, Esquire
Colby E. Grossman, Esquire
Lydecker Diaz
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
305-416-3180 / 305-416-3190
ol@lydeckerdiaz.com
jcw@ydeckerdiaz.com
ceg@lydeckerdiaz.com

Anne K. Reilly, Esquire
Matthew Mandel, Esquire
Joseph Natiello, Esquire
Weiss Serota Helfman Cole & Bierman
200 East Broward Blvd., Suite 1900
Ft. Lauderdale, FL 33301
954-763-4242
areilly@wsh-law.com
mmandel@wsh-law.com
Jnatiello@wsh-law.com

_____
RODNEY A. MAX

**UPCHURCH WATSON WHITE & MAX**
125 South Palmetto Avenue
Daytona Beach, FL 32114
800-264-2622