UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 15-62116-CIV-MORENO

CALVIN REID, and MAMIE REID, co-Personal Representatives of the Estate of
CALVON ANDRE REID,

        Plaintiffs,

vs.

CITY OF COCONUT CREEK, SGT. DAVID FREEMAN, SGT. DARREN KARP, OFC. THOMAS EISENRING, and OFC. DANIEL RUSH,

        Defendants.

_____/

## ORDER GRANTING PETITION TO APPROVE MINORS' SETTLEMENT AND APPORTIONMENT OF SETTLEMENT AND RELATED COURT FILINGS

THIS CAUSE came before the Court upon Petition to Approve Minors' Settlement and Apportionment of Settlement and Related Court Filings (**D.E. 70**), filed on **August 30, 2017**.

THE COURT has considered the petition, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the petition is GRANTED and the Court APPROVES the Minors' Settlement. The Court also approves the apportionment of the settlement between the Estate, the surviving parents, and the surviving minor children, as outlined in the Closing Statement. The Court authorizes the Plaintiffs to execute the Settlement Agreement and Release, the Settlement Protections Trusts, and all other required documents on behalf of the minors. The Court approves the payment of attorney's fees and costs of the firms of Searcy Denny Scarola Barnhart & Shipley, P.A., and the Blakely Law Firm, P.A., as outlined in the closing statement. Finally,

the Court approves the payment of a reasonable fee to the Guardian Ad Litem for his services.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st of September 2017.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record